_____

                          **SO ORDERED,**

*/s/ Edward Ellington*

**Judge Edward Ellington**
United States Bankruptcy Judge
Date Signed: July 28, 2014

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

| | |
|---|---|
| **Carl Larry Saxton** <br> **Sandra Carolyn Saxton,** | **CASE NO. 13-03402-ee** |
| **DEBTORS.** | **CHAPTER 13** |

To:    J. Thomas Ash, Attorney for Debtor
        ash@jtashlaw.net


### ORDER TO SHOW CAUSE

**YOU ARE HEREBY ORDERED TO APPEAR** on **Monday, August 18, 2014**, at **2:00 p.m.**, in the United States Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street, Jackson, Mississippi, to show cause why sanctions should not be imposed, or other actions taken, for failure to submit the appropriate order or judgment resulting from that certain hearing held in the above referenced matter on June 16, 2014, at 2:30 p.m., on the Notice of Post-Petition Mortgage Fees, Expenses and Charges (doc, Claim #7) filed by Nationstar Mortgage, LLC and the Objection thereto (Dkt. #31) filed by Debtor. *See* Miss. Bankr. L. R. 1001-1(g) and 9013-1(e).

##END OF ORDER##